APPLICANT      STANARD LEROY PHILLIPS    APPLICATION NO. WR-81,098-01

## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

ACTION TAKEN

**REMAND FOR EVIDENTIARY HEARING.**

_____

JUDGE                                                              DATE